**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Daniel James Stanford
Attorney at Law
117 Caillouet Place
Lafayette LA 70501

Charles Kirkland Middleton
Attorney at Law
P. O. Box 53629
Lafayette LA 70505

**REHEARING ACTION: March 3, 2010**

**Docket Number: 09   00495-CA**

**KATHY PREJEAN**
**VERSUS**
**WALTER GUILLORY, ET AL.**

**Appealed from Lafayette Parish Case No. C-20044905**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Walter Guillory and the Lafayette Housing Authority** has this

day been

    **DENIED.**

cc: Richard R. Kennedy, Counsel for the Appellant
   Richard Ramsey Kennedy, III, Counsel for the Appellant